Name and address:

Bridget Byrnes Hirsch, State Bar No. 257015
ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza, 355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (212) 943-1444

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited <br><br> v.                                                              Plaintiff(s) <br><br> BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California; et al. <br><br>                                                           Defendant(s). | CASE NUMBER <br> 8:17-cv-01403 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Deutsch, Jeremy E.                                       of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 278-1000                    (212) 278-1733

*Telephone Number*          *Fax Number*

jdeutsch@andersonkill.com

*E-Mail Address*

> ANDERSON KILL P.C.
> 1251 Avenue of the Americas
> New York, NY 10020
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

COR SECURITIES HOLDINGS INC.

COR CLEARING LLC

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Hirsch, Bridget B.                                       of

*Designee's Name (Last Name, First Name & Middle Initial)*

257015            (212) 943-1444         (212) 278-1733

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

bhirsch@andersonkill.com

*E-Mail Address*

> ANDERSON KILL CALIFORNIA L.L.P.
> Wells Fargo Plaza
> 355 South Grand Avenue, Suite 2450
> Los Angeles, CA 90071
>
> *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

      ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

      ☐ for failure to complete Application: _____

      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____          _____

                                          **U.S. District Judge/U.S. Magistrate Judge**