| | |
|---|---|
| Name and address:<br>Bridget Byrnes Hirsch, State Bar No. 257015<br>ANDERSON KILL CALIFORNIA L.L.P.<br>Wells Fargo Plaza, 355 South Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Tel.: (212) 943-1444 | NOTE CASE NUMBER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited<br>Plaintiff(s)<br>v.<br>BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California; et al.<br>Defendant(s). | CASE NUMBER<br>SACV 17-1403-AG(JCGx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

<u>Middlebrooks, Ethan W.</u> of ANDERSON KILL P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*
1251 Avenue of the Americas
New York, NY 10020

(212) 278-1000   (212) 278-1733
*Telephone Number*   *Fax Number*
emiddlebrooks@andersonkill.com
*E-Mail Address*   *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
COR SECURITIES HOLDINGS INC.
COR CLEARING LLC

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Hirsch, Bridget B.    of    ANDERSON KILL CALIFORNIA L.L.P.
*Designee's Name (Last Name, First Name & Middle Initial)*
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

257015   (212) 943-1444   (212) 278-1733
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
bhirsch@andersonkill.com
*E-Mail Address*   *Firm/Agency Name & Address*

HEREBY ORDERS THAT the Application be:
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated  8/17/17    _____
         U.S. District Judge Andrew J Guilford

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1