Name and address:
Bridget Byrnes Hirsch, State Bar No. 257015
ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza, 355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel.: (212) 943-1444

NOTE CASE NUMBER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited

Plaintiff(s)
v.

BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California; et al.

Defendant(s).

CASE NUMBER

SACV 17-1403-AG(JCGx)

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Deutsch, Jeremy E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 278-1000        (212) 278-1733
*Telephone Number      Fax Number*

jdeutsch@andersonkill.com
*E-Mail Address*

of ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
COR SECURITIES HOLDINGS INC.
COR CLEARING LLC

*Name(s) of Party(ies) Represented*

⊠ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Hirsch, Bridget B.
*Designee's Name (Last Name, First Name & Middle Initial)*

257015        (212) 943-1444        (212) 278-1733
*Designee's Cal. Bar No.   Telephone Number     Fax Number*

bhirsch@andersonkill.com
*E-Mail Address*

of ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

*Firm/Agency Name & Address*

HEREBY ORDERS THAT the Application be:

⊠ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:

Dated  8/17/17

U.S. District Judge Andrew J Guilford