| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Bridget Hirsch SBN 257015<br>Anderson Kill P.C.<br>1251 Avenue of the Americas, 42nd Floor<br>New York NY 10020<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(212) 278-1404<br><br>Ref. No. or File No.<br>103584- COR-06 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - SANTA ANA, CALIFORNIA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>COR Securities Holdings Inc. v. Banc of California, N.A. | | |

| INVOICE NO.<br>1710562-02 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>8:17-cv-01403 AG (JCGx) |
|---|---|---|---|---|

United States District Court

Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 08/29/2017, I served the within:

Summons In A Civil Action; Complaint; Civil Cover Sheet; Plaintiffs COR Securities Holdings Inc. And COR Clearing LLC'S Corporate Disclosure Statement; Notice Of Interested Parties; Notice Of Assignment To United States Judges ;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Los Angeles, California, addressed as follows:

Hugh F. Boyle, An Individual
Banc of California 3 MacArthur Place
Santa Ana, CA 92707

Declarant:
 a. Name: Amita Edwards
 b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
 c. Telephone number: 213-628-6338
 d. The fee for this service was: 110.00
 e. I am:
 (3) [X] a registered California process server:
  (i) [X] Employee
  (ii) Registration No.:
  (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in

CONTINUED ON NEXT PAGE

Declaration of Service by Mail

Billing Code: 103584- COR-06

| PLAINTIFF/PETITIONER: | COR Securities Holdings Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Banc of California, N.A. | 8:17-cv-01403 AG (JCGx) |

the return of service and statement of fees is true and correct.

9/1/2017

Amita Edwards

Declaration of Service by Mail

Billing Code: 103584- COR-06