| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Bridget Hirsch SBN 257015<br>Anderson Kill P.C.<br>1251 Avenue of the Americas, 42nd Floor<br>New York NY 10020<br>ATTORNEY FOR    Plaintiff | (212) 278-1404<br><br>Ref. No. or File No.<br>103584- COR-06 | |

| UNITED STATES DISTRICT COURT - SANTA ANA, CALIFORNIA |
|---|
| 411 W. Fourth St.<br>Santa Ana, CA 92701 |

| SHORT TITLE OF CASE: |
|---|
| COR Securities Holdings Inc. v. Banc of California, N.A. |

| INVOICE NO.<br>1710562-02 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>8:17-cv-01403 AG (JCGx) |
|---|---|---|---|---|

United States District Court

Declaration of Diligence

Person to Serve: Hugh F. Boyle, An Individual

Documents Received:

Summons In A Civil Action; Complaint; Civil Cover Sheet; Plaintiffs COR Securities Holdings Inc. And COR Clearing LLC'S Corporate Disclosure Statement; Notice Of Interested Parties; Notice Of Assignment To United States Judges ;

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

Aug 23 2017  02:20PM   Banc of California 3 MacArthur Place, Santa Ana, CA 92707; Per Security, service is not permitted here. Will not cooperate.

Aug 25 2017  12:10PM   Banc of California 3 MacArthur Place, Santa Ana, CA 92707; Per security, will not let me in.

Aug 29 2017  11:02AM   Banc of California 3 MacArthur Place, Santa Ana, CA 92707; Sub-Served on security guard John Doe (Black male, 35, 5'9", 190lbs, brown hair).

Person attempting service:
  a. Name: Carly Caldwell
  b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 110.00
  e. I am:
  (3) [X] a registered CA process server:
      (i) [X] Independent Contractor
      (ii) Registration No.: 3056   Expires: 8/9/2019

CONTINUED ON NEXT PAGE

**Declaration of Diligence**

Billing Code: 103584- COR-06

| PLAINTIFF/PETITIONER: | COR Securities Holdings Inc. | CASE NUMBER: 8:17-cv-01403 AG (JCGx) |
|---|---|---|
| DEFENDANT/RESPONDENT: | Banc of California, N.A. | |

(iii) County: Orange

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

9/1/2017

Carly Caldwell

**Declaration of Diligence**

Billing Code: 103584- COR-06