| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Bridget Hirsch SBN 267016<br>Anderson Kill P.C.<br>1251 Avenue of the Americas, 42nd Floor<br>New York NY 10020<br>ATTORNEY FOR    Plaintiff | (212) 278-1404<br><br>Ref. No. or File No.<br>103584- COR-06 | |
| UNITED STATES DISTRICT COURT - SANTA ANA, CALIFORNIA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>COR Securities Holdings Inc. v. Banc of California, N.A. | | |

| INVOICE NO.<br>1710562-01 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>8:17-cv-01403 AG (JCGx) |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Summons and Complaint; Civil Case Cover Sheet; Plaintiffs Cor Securities Holdings Inc. And Cor Clearing LLC'S Corporate Disclosure Statement; Notice Of Intrested Parties;Notice Of Assignment To United States Judges;Honorable Andrew J. Guilford Procedures;

On: Banc of California N.A.

At: 26025 Mureau Road, Suite 120
    Calabasas, CA 91302

In the above mentioned action by personally serving to and leaving with

My Corp Business Services, registered agent by leaving with

Whose title is: Joyce Woods, Receptionsit/Person Authorized to Accept Service

On: 8/23/2017               At: 02:43 PM

CONTINUED ON NEXT PAGE

Declaration of Service

Billing Code: 103584- COR-06

| PLAINTIFF/PETITIONER: | COR Securities Holdings Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Banc of California, N.A. | 8:17-cv-01403 AG (JCGx) |

Person who served papers
  a. Name: Alexander Guzman
  b. Address: 1545 Wilshire Blvd, Suite 311, Los Angeles, CA 90017
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 110.00
  e. I am:
  (3) [X] a registered CA process server:
    (i) [X] Independent Contractor
    (ii) Registration No.: 482
    (iii) County: Ventura

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

8/31/2017

Alexander Guzman

**Declaration of Service**

Billing Code: 103584- COR-06