UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SA CV 17-1403-DOC (JCGx)                                        Date:  February 23, 2018

Title:  COR SECURITIES HOLDINGS INC., ET AL V BANC OF CALIFORNIA, N.A., ET AL

PRESENT:  The Honorable DAVID O. CARTER, U.S. District Judge

| Deborah Lewman | Debbie Gale |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
             Bridget Byrnes Hirsch                                                   David F. McDowell
             Ethan W. Middlebrooks
             Jeremy Deutsch

**PROCEEDINGS:  MOTION TO DISQUALIFY COUNSEL MARK R. McDONALD [22]**

Hearing held.  Based on the facts and circumstances of the case, the Court disqualified Mark McDonald as counsel, because he is a necessary witness in the matter.

The Motion to Disqualify Counsel Mark R. McDonald is GRANTED.

:   19
Initials of Clerk        djl