Bridget B. Hirsch, State Bar No. 257015
bhirsch@andersonkill.com
ANDERSON KILL CALIFORNIA L.L.P.
Wells Fargo Plaza
355 South Grand Avenue, Suite 2450
Los Angeles, CA  90071
Tel:   (213) 943-1444
Fax:  (212) 278-1733

Jeremy E. Deutsch (Admitted Pro Hac Vice)
jdeutsch@andersonkill.com
Christian V. Cangiano (Admitted Pro Hac Vice)
ccangiano@andersonkill.com
Ethan W. Middlebrooks (Admitted Pro Hac Vice)
emiddlebrooks@andersonkill.com
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel.:  (212) 278-1000
Fax:  (212) 278-1733

Attorneys for Plaintiffs
COR Securities Holdings Inc. and COR Clearing LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California; HUGH F. BOYLE, an individual; and DOES 1-10,<br><br>Defendants. | Civil Action No. 8:17-cv-01403-DOC (KESx)<br><br>Hon. David O. Carter<br>Courtroom: 9D<br>Discovery Cutoff: February 15, 2019<br>Pretrial Conference: June 3, 2019<br>Trial: June 18, 2019<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR REVIEW AND OBJECTION AND GRANTING PLAINTIFFS' MOTION TO COMPEL** |

- 1 -
(PROPOSED) ORDER

docs-100072591.1

Anderson Kill California L.L.P.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

1    This Court, having considered Plaintiffs COR SECURITIES HOLDINGS INC.'s and COR CLEARING LLC's motion for review and objection pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2.1 to decision by a Magistrate Judge, and finding good cause therefor, orders that Plaintiffs' motion is hereby GRANTED, and IT IS FURTHER ORDERED that the November 13, 2018 Order of the Magistrate (ECF # 78) is hereby REVERSED.  IT IS FURTHER ORDERED that Plaintiffs' motion to compel the non-party law firm of Morrison & Foerster, L.L.P. to comply with Plaintiffs' July 27, 2018 subpoena to Morrison & Foerster (ECF # 76) is hereby GRANTED, and IT IS FURTHER ORDERED that Morrison & Foerster SHALL (1) confirm to Plaintiffs whether it has withheld any documents responsive to Plaintiffs' July 27, 2018 subpoena on the basis of any objection, and (2) issue a privilege log for any documents withheld pursuant to a claim of privilege.

IT IS SO ORDERED.

Dated:

By: _____
Honorable David O. Carter
United States District Judge