1  DAVID F. MCDOWELL (State Bar No. 125806)
   dmcdowell@mofo.com
2  ASHLEIGH K. LANDIS (State Bar No. 281601)
   alandis@mofo.com
3  MORRISON & FOERSTER L.L.P.
   707 Wilshire Blvd., Suite 1600
4  Los Angeles, CA  90017-3543
   Telephone:  (213) 892-5200
5  Facsimile:   (213) 892-5454

6  Attorneys for BANC OF CALIFORNIA, N.A.,
   and HUGH F. BOYLE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California; HUGH F. BOYLE, an individual; and DOES 1-10,<br><br>        Defendants. | Case No. 8:17-cv-01403 DOC (KESx)<br><br>HON. DAVID O. CARTER<br><br>**STIPULATION OF DISMISSAL**<br><br>Complaint Filed:   August 15, 2017<br><br>Trial Date: August 20, 2019 |
| BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California,<br><br>        Counter-Complainant,<br><br>    v.<br><br>COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited liability company,<br><br>        Counter-Defendants. | |

la-1411952

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Counter-defendants COR Securities Holdings Inc. ("CORSHI") and COR Clearing LLC ("COR Clearing") and Defendant and Counter-claimant Banc of California, N.A. ("Banc") and Defendant Hugh Boyle ("Mr. Boyle"), by and through their undersigned counsel, stipulate to dismiss this action in its entirety. The claims alleged on behalf of Plaintiffs CORSHI and COR Clearing against Defendants Banc and Mr. Boyle shall be dismissed with prejudice. Banc's counterclaims against Plaintiffs CORSHI and COR Clearing shall be dismissed with prejudice. The parties expressly deny any liability or wrongdoing and this stipulation shall not be construed to be an admission of liability or wrongdoing. Each party shall bear his or its own costs and expenses, including attorneys' fees.

Dated: May 15, 2019

MORRISON & FOERSTER LLP
DAVID F. MCDOWELL
ASHLEIGH K. LANDIS

By: /s/ Ashleigh Landis

Attorneys for Banc of California, N.A. and Hugh F. Boyle

Dated: May 15, 2019

ANDERSON KILL, P.C.

By: /s/ Jeremy Deutsch

Attorneys COR Securities Holdings Inc. and COR Clearing LLC