1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California; HUGH F. BOYLE, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 8:17-CV-01403 DOC (KESx)<br><br>HON. DAVID O. CARTER<br><br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL [91]** |
| BANC OF CALIFORNIA, N.A., a nationally chartered bank under the laws of California,<br><br>Counter-Complainant,<br><br>v.<br><br>COR SECURITIES HOLDINGS INC., a Delaware Corporation; and COR CLEARING LLC, a Delaware limited liability company,<br><br>Counter-Defendants. | |

1

## **ORDER**

2       The Court, having reviewed the parties' Stipulation of Dismissal, and good

3   cause appearing, hereby APPROVES the Stipulation and ORDERS that:

4       (1) This action is dismissed in its entirety.  The claims alleged on behalf of

5   Plaintiffs COR Securities Holdings Inc. ("CORSHI") and COR Clearing LLC

6   ("COR Clearing") against Defendants Banc and Hugh Boyle shall be dismissed

7   with prejudice.  Banc's counterclaims against Plaintiffs CORSHI and COR

8   Clearing shall be dismissed with prejudice.

9       (2) Each party shall bear her or its own costs and expenses, including

10  attorneys' fees.

11      **IT IS SO ORDERED:**

12

13  Dated: June 12, 2019

14

15

16

17  _____

18                    Hon. David O. Carter
                 United States District Judge

19

20

21

22

23

24

25

26

27

28